## Roedern *v.* Jack W. Blumenfeld & Co., Appellant.

Argued January 9, 1969. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.

*Larry H. Slass*, with him *Techner, Rubin & Shapiro*, for appellant.

*Joseph P. Mylotte,* with him *Thomas W. Maher,* for appellees.

Opinion Per Curiam, April 23, 1969:
Decree affirmed. Costs on the appellant.